MILBERG LLP
Jonathan M. Landers
Joshua H. Vinik
Matthew A. Kupillas
Jennifer L. Young
Joshua Keller
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Gerald Blumenthal*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04582 (BRL) |
| Plaintiff, | |
| v. | |
| GERALD BLUMENTHAL, | |
| Defendant. | |

**NOTICE OF DEFENDANT'S MOTION FOR
MANDATORY WITHDRAWAL OF THE REFERENCE**

PLEASE TAKE NOTICE THAT Defendant Gerald Blumenthal respectfully moves the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. Section 157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Bankruptcy Rule 5011-1, withdrawing the reference of the above-captioned adversary proceeding to the Bankruptcy Court for the reasons set forth in the accompanying Memorandum of Law in Support of Defendant's Motion for Mandatory Withdrawal of the Reference, the Declaration of Jennifer L. Young in Support of Defendant's Motion for Mandatory Withdrawal of the Reference, and the exhibits thereto.[1]

Defendant has made no prior request for the relief sought herein.

WHEREFORE, Defendant respectfully requests that the District Court enter an order granting the relief requested herein, and such other and further relief as the District Court deems appropriate.

---

[1] The undersigned counsel also represent defendants in the avoidance actions set forth in Exhibit 1 to the Declaration of Jennifer L. Young, submitted herewith. Those avoidance actions allege facts and assert claims almost identical to those set forth in the Complaint against Dr. Blumenthal. To avoid duplicative briefing and motion practice, the defendants identified in Exhibit 1 will file joinders to the instant Motion.

Dated: June 23, 2011
New York, NY

        <u>s/ Jonathan M. Landers</u>
        Jonathan M. Landers
        Joshua H. Vinik
        Matthew A. Kupillas
        Jennifer L. Young
        Joshua Keller
        MILBERG LLP
        One Pennsylvania Plaza
        48th Floor
        New York, NY 10119
        Telephone: (212) 594-5300
        Facsimile: (212) 868-1229

        SEEGER WEISS LLP
        Stephen A. Weiss
        Parvin K. Aminolroaya
        One William Street
        New York, New York
        Telephone: (212) 584-0700
        Facsimile:  (212) 584-0799

        *Attorneys for Defendant Gerald Blumenthal*